B6B (Official Form 6B) (12/07)

IN RE Troise, Joseph L. _____ Case No. **10-51590** _____
                              Debtor(s)                                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash** | | **140.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Anderson & Strudwikc Brokerage $28600 ... debtors interest $11550** | **J** | **11,550.00** |
| | | **checking** | | **7,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **bedding** | **H** | **75.00** |
| | | **couch, recliner, and chair** | **H** | **1,300.00** |
| | | **desk** | **H** | **200.00** |
| | | **dinning room taable and chairs** | **H** | **850.00** |
| | | **Furniture and personal property in wife's house aquired during the marriage, scheduled as marital property in divorce, and subject to divorce court equitable division, held as tennants by the entireties and exempt under 11 USC 522(b)(3)(B) and subject to 11 USC 541(a)(5)(B): king bed and frame, 6 dressers, 5 night stands, queen bed and frame, 3 twin beds and frames, desk and chair, 2 couch, hutch, 3 coffee table, 2 end tables, 2 lamps, dinningroom table and chairs, buffet, 30 art works, Christmas decorations, table, 2 TV armoires, 3 book shelves, kitchen table and chairs, kitchen ware, china, silver, washer, dryer, 2 refrigerators, sewing machine, camcorder, 2 old computers, 5 TVs, grill, mower, 3 ladders, yare equipment, 2 bikes and rack, crystal.  FVM of property is $9,011.  Husband's share is $4,500.** | | **4,500.00** |
| | | **knife set** | **H** | **150.00** |
| | | **painting** | **H** | **100.00** |
| | | **porch and deck furniture** | **H** | **1,000.00** |
| | | **pots & pans, kitchenware** | **H** | **250.00** |
| | | **tools** | **H** | **750.00** |
| | | **TV** | **H** | **50.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE Troise, Joseph L.** _____ Case No. **10-51590** _____
                                      Debtor(s)                                          (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | **clothes** | | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **compound bow** | **H** | **200.00** |
| | | **golf clubs, skis, hunting accessories** | **H** | **850.00** |
| | | **guns (2)** | **H** | **700.00** |
| | | **total gym** | **H** | **400.00** |
| | | **tree stands** | **H** | **600.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance (Ameritas) value as of 6/29/10** | **H** | **15,401.04** |
| | | **Life Insurance (Ameritas) value as of 6/29/10** | | **508.06** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) account presently subject to division in divorce** | **H** | **132,012.32** |
| | | **IRA account subject to presently division in divorce** | **H** | **79,068.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **51 shares in Lexington OB/GYN PC** | **H** | **1.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% interest in Ageless Asethetics** | **H** | **1.00** |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal tax refund Prorated** | | **1.00** |
| | | **State tax refund prorated** | | **1.00** |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Troise, Joseph L.        Case No. **10-51590**

Debtor(s)      (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Ford Explorer 140,000 miles ... heater does not work, no airconditioning ... KBB excellent value of $2435 ... FMV 1800 ... debtor's interest $900** | **J** | **900.00** |
| | | **2002 Honda Oddessy 90,000 miles ... wife has possession ... KBB $8640 ... debtors interest $4320** | **J** | **4,320.00** |
| | | **2006 Ford Explorer 40,000 miles** | **H** | **17,810.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **281,188.42** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only