B6J (Official Form 6J) (12/07)

IN RE **Troise, Joseph L.** _____   Case No. **10-51590** _____
                                               Debtor(s)                                                                      (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **2,000.00** |
|     a. Are real estate taxes included?  Yes ____  No ✓ | |
|     b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ **355.00** |
|     b. Water and sewer | $ **70.00** |
|     c. Telephone | $ **40.00** |
|     d. Other  **See Schedule Attached** | $ **274.00** |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ **50.00** |
| 4. Food | $ **500.00** |
| 5. Clothing | $ **50.00** |
| 6. Laundry and dry cleaning | $ **50.00** |
| 7. Medical and dental expenses | $ **200.00** |
| 8. Transportation (not including car payments) | $ **500.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **92.00** |
| 10. Charitable contributions | $ **20.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ **50.00** |
|     b. Life | $ **150.00** |
|     c. Health | $ |
|     d. Auto | $ **100.00** |
|     e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) **Personal Property Tax** | $ **20.00** |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ **355.60** |
|     b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ **3,858.74** |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $ **593.00** |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **9,328.34**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
Debtor and Spouse in process of divorce which is not yet final.  Child support, spousal support, and division of debt/property not yet complete and subject to change.
Attorney fees for continuing representation in divorce and business disolution.  Expect total of approxamately $15,000 in fees.
Medical/Dental expenses reflect costs for Debtor and half of co-pays for children.
Transprotation expenses of $500.  Debtor has medical practice that is out of three different offices in Roanoke and Lexington.
Food expense reflects costs of meals eaten in hospital when on duty or on call, and three children on visitation.
Phone and cell phone expenses reflect requirement to be "on call" for medical duties.
$92 for Clubs/REcreation is for YMCA membership.  As a result of protracted divorce prceedings, closing down practice, and bankruptcy, Debtor has been diagnosed with hypertension and given doctor's orders to establish and execute a regular and frequent exercise program.

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ **10,055.68** |
|     b. Average monthly expenses from Line 18 above | $ **9,328.34** |
|     c. Monthly net income (a. minus b.) | $ **727.34** |

B6J (Official Form 6J) (12/07)

IN RE **Troise, Joseph L.** _____    Case No. **10-51590** _____
                                  Debtor(s)                                                               (If known)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

                                                                                                                                                                                             **SPOUSE**

1. Rent or home mortgage payment (include lot rented for mobile home)    $ _____
    a. Are real estate taxes included?    Yes ____    No ✓
    b. Is property insurance included?    Yes ____    No ✓
2. Utilities:
    a. Electricity and heating fuel    $ _____
    b. Water and sewer    $ _____
    c. Telephone    $ _____
    d. Other _____    $ _____
    _____    $ _____
3. Home maintenance (repairs and upkeep)    $ _____
4. Food    $ _____
5. Clothing    $ _____
6. Laundry and dry cleaning    $ _____
7. Medical and dental expenses    $ _____
8. Transportation (not including car payments)    $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $ _____
10. Charitable contributions    $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's    $ _____
    b. Life    $ _____
    c. Health    $ _____
    d. Auto    $ _____
    e. Other _____    $ _____
    _____    $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____    $ _____
    _____    $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto    $ _____
    b. Other _____    $ _____
    _____    $ _____
14. Alimony, maintenance, and support paid to others    $ _____
15. Payments for support of additional dependents not living at your home    $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ _____
17. Other _____    $ _____
    _____    $ _____
    _____    $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ _____

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Spouse maintains a separate household.  Debtor provides court ordered support but all expenses and income are separate.**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I    $ **0.00**
    b. Average monthly expenses from Line 18 above    $ **0.00**
    c. Monthly net income (a. minus b.)    $ **0.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Troise, Joseph L.**            Case No. **10-51590**
Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities
| | |
|---|---:|
| **Cell Phone** | **114.00** |
| **Internet** | **40.00** |
| **Cable** | **110.00** |
| **Garbage** | **10.00** |

Other Expenses
| | |
|---|---:|
| **Personal Care** | **50.00** |
| **Attorney Fees** | **250.00** |
| **Accounting** | **40.00** |
| **Gifts For Children** | **50.00** |
| **Home Security Alarm** | **70.00** |
| **Pet Supplies - Food/Vet/Grooming** | **25.00** |
| **Eyeglasses** | **58.00** |
| **Professional Continuing Medical Education** | **50.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only