B6C (Official Form 6C) (04/10)

IN RE Troise, Joseph L. _____ Case No. **10-51590** _____

Debtor(s)                                                                                                          (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **checking** | CV § 34-4 | 48.00 | 7,000.00 |
| **bedding** | CV § 34-26(4a) | 75.00 | 75.00 |
| **couch, recliner, and chair** | CV § 34-26(4a) | 1,300.00 | 1,300.00 |
| **desk** | CV § 34-26(4a) | 200.00 | 200.00 |
| **dinning room taable and chairs** | CV § 34-26(4a) | 850.00 | 850.00 |
| **Furniture and personal property in wife's house aquired during the marriage, scheduled as marital property in divorce, and subject to divorce court equitable division, held as tennants by the entireties and exempt under 11 USC 522(b)(3)(B) and subject to 11 USC 541(a)(5)(B): king bed and frame, 6 dressers, 5 night stands, queen bed and frame, 3 twin beds and frames, desk and chair, 2 couch, hutch, 3 coffee table, 2 end tables, 2 lamps, dinningroom table and chairs, buffet, 30 art works, Christmas decorations, table, 2 TV armoires, 3 book shelves, kitchen table and chairs, kitchen ware, china, silver, washer, dryer, 2 refrigerators, sewing machine, camcorder, 2 old computers, 5 TVs, grill, mower, 3 ladders, yare equipment, 2 bikes and rack, crystal. FVM of property is $9,011. Husband's share is $4,500.** | CV § 34-26(4a) | 275.00 | 4,500.00 |
| **knife set** | CV § 34-26(4a) | 150.00 | 150.00 |
| **painting** | CV § 34-26(4a) | 100.00 | 100.00 |
| **porch and deck furniture** | CV § 34-26(4a) | 1,000.00 | 1,000.00 |
| **pots & pans, kitchenware** | CV § 34-26(4a) | 250.00 | 250.00 |
| **tools** | CV § 34-26(4a) | 750.00 | 750.00 |
| **TV** | CV § 34-26(4a) | 50.00 | 50.00 |
| **clothes** | CV § 34-26(4) | 500.00 | 500.00 |
| **compound bow** | CV § 34-4 | 200.00 | 200.00 |
| **golf clubs, skis, hunting accessories** | CV § 34-4 | 850.00 | 850.00 |
| **guns (2)** | CV § 34-4 | 700.00 | 700.00 |
| **total gym** | CV § 34-4 | 400.00 | 400.00 |
| **tree stands** | CV § 34-4 | 600.00 | 600.00 |
| **Life Insurance (Ameritas) value as of 6/29/10** | CV § 34-4 | 2,200.00 | 15,401.04 |
| **401(k) account presently subject to division in divorce** | CV § 34-34 | 132,012.32 | 132,012.32 |
| **IRA account subject to presently division in divorce** | CV § 34-34 | 79,068.00 | 79,068.00 |
| **Federal tax refund Prorated** | CV § 34-4 | 1.00 | 1.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10) - Cont.

IN RE **Troise, Joseph L.** _____ Case No. **10-51590** _____

Debtor(s) (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **State tax refund prorated** | **CV § 34-4** | **1.00** | **1.00** |
| **2002 Honda Oddessy 90,000 miles ... wife has possession ... KBB $8640 ... debtors interest $4320** | **CV § 34-26(8)** | **2,000.00** | **4,320.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only